# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA  : | : |
| vs. | : 5:05-CR-60 (WDO) |
| JIMMY BURRIS, Defendant | : |

## O R D E R

The defendant's motion for continuance, to which the government does not object, having been carefully considered, the court finds that pursuant to 18 U.S.C. § 3161(h)(8)(A), the ends of justice shall be served by granting said continuance.

IT IS HEREBY ORDERED that the delay occasioned by this continuance shall be deemed excludable pursuant to the provision of 18 U.S.C. § 3161(h) in computing the time within which the trial of this case must commence under the provisions of the Speedy Trial Act.

IT IS FURTHER ORDERED that the foregoing motion for continuance is GRANTED and said case is continued until the October term of court.

**SO ORDERED**, this 25th day of August, 2005.

      S/Wilbur D. Owens, Jr.
      WILBUR D. OWENS, JR.
      UNITED STATES DISTRICT JUDGE