**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **5:05-CR-60 (WDO)** |
| | : | |
| **JIMMY TIMOTHY BURRIS,** | : | |
| | : | |
| **Defendant** | : | |

## ORDER

Defendant Burris challenged a verbal statement he made to officers at the police station on the day of his arrest, the statement being that the drugs in question were found on the side of the road and that Defendant Burris would never be able to afford to buy that quantity of drugs. After hearing from both parties in the hearing on the matter, the Court finds that the statement was "given freely and voluntarily without any compelling influences" and is therefore admissible. Rhode Island v. Innis, 446 U.S. 291, 299-300, 100 S. Ct. 1682 (1980).

**SO ORDERED this 8th day of June, 2006.**

**S/**
**WILBUR D. OWENS, JR.**
**UNITED STATES DISTRICT JUDGE**